IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2549-JLK**

**COMMERCIAL DEVELOPMENT COMPANY, INC., a Missouri corporation,**

    Plaintiff/Counterclaim Defendant,

v.

**METRO MORTGAGE, INC., a dissolved Utah corporation and
LAN C. ENGLAND in his individual capacity,**

    Defendants/Counterclaim Plaintiffs.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion to Withdraw (doc. #23), filed May 8, 2007, is GRANTED. Donald A. Thorpe is permitted to withdraw as attorney of record for defendants.

Dated: May 9, 2007