IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2549-JLK**

**COMMERCIAL DEVELOPMENT COMPANY, INC., a Missouri corporation,**

      Plaintiff/Counterclaim Defendant,

v.

**METRO MORTGAGE, INC., a dissolved Utah corporation and
LAN C. ENGLAND in his individual capacity,**

      Defendants/Counterclaim Plaintiffs.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Joint Motion for Protective Order (doc. #28), filed June 14, 2007, is DENIED without prejudice for failure to employ my standard Stipulation and Protective Order regarding confidential information exchanged in discovery. Use of this standard order is required by § I.8 of the Pretrial and Trial Procedures memorandum previously provided to counsel, and available on the court's website.

---

Dated:  June 14, 2007