IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2549-JLK**

**COMMERCIAL DEVELOPMENT COMPANY, INC., a Missouri corporation,**

    Plaintiff,

v.

**METRO MORTGAGE, INC., a dissolved Utah corporation and
LAN C. ENGLAND in his individual capacity,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulated Motion for Dismissal with prejudice (doc. #32), filed August 31, 2007, it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated this 4th day of September, 2007.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT